**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1418

CHESTERFIELD GENERAL DISTRICT COURT,

Plaintiff - Appellee,

v.

YENOSHI MONDREY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00176-JAG)

Submitted:  October 30, 2025                    Decided:  November 3, 2025

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Yenoshi Mondrey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yenoshi Mondrey appeals the district court's order remanding to state court Mondrey's nine state court criminal proceedings, which she attempted to remove to federal court, for lack of subject matter jurisdiction because removal was improper under 28 U.S.C. § 1443. We have reviewed the record and discern no reversible error. Accordingly, we deny Mondrey's motion to compel judicial ruling and notice of prejudice by delay, deny Mondrey's motion to dismiss the underlying cases for lack of territorial subject matter jurisdiction, and affirm the district court's remand order. *Chesterfield Gen. Dist. Ct. v. Mondrey*, No. 3:25-cv-00176-JAG (E.D. Va. Apr. 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*